**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Altadena Lincoln Crosssing LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 20‐1707922 | |
| 4. Debtor's address | **Principal place of business**<br><br>210 S. Orange Grove Blvd.<br>Number    Street<br><br>Pasadena    CA    91105<br>City    State    ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  __Altadena Lincoln Crosssing LLC__   Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When __/__/____ (MM/DD/YYYY)  Case number _____
      District _____ When __/__/____ (MM/DD/YYYY)  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor __BGM Pasadena, LLC__   Relationship _____
      District __Central District of CA, Los Angeles Div__   When __11/20/2015__ (MM/DD/YYYY)
      Case number, if known __2:15-bk-27833-BB__

Debtor   Altadena Lincoln Crosssing LLC                              Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number    Street

_____
City                                 State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99        ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000             ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor   Altadena Lincoln Crosssing LLC                                    Case number (if known) _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ☐ I have been authorized to file this petition on behalf of the debtor.

    ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  4 / 4 / 2017
                MM / DD / YYYY

    X _____/s/_____                              GREG GALLETLY
    Signature of authorized representative of debtor    Printed name

    Title Manager of Altadena Town Platz, LLC; Manager of DPP Altadena, LLC; Manager

18. **Signature of attorney**

    X _____        Date _____
    Signature of attorney for debtor               MM / DD / YYYY

    JAMES A. TIEMSTRA
    Printed name

    TIEMSTRA LAW GROUP, PC
    Firm name

    1111 Broadway, Suite 1501
    Number    Street

    Oakland                                      CA      94607-4036
    City                                         State   ZIP Code

    (510) 987-8000                               jat@tiemlaw.com
    Contact phone                                Email address

    96203                                        California
    Bar number                                   State

Debtor   Altadena Lincoln Crosssing LLC                              Case number (if known)_____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _____     GREG GALLETLY
Signature of authorized representative of debtor     Printed name

Title _____

**18. Signature of attorney**

X _____     Date  04/04/2017
Signature of attorney for debtor                   MM / DD / YYYY

JAMES A. TIEMSTRA
Printed name

TIEMSTRA LAW GROUP, PC
Firm name

1111 Broadway, Suite 1501
Number    Street

Oakland                                   CA    94607-4036
City                                      State  ZIP Code

(510) 987-8000                            jat@tiemlaw.com
Contact phone                             Email address

96203                                     California
Bar number                                State

ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

Continued Information:

Debtor: Doran Lofts, LLC
Relationship:
District: Central District of California, Los Angeles Division
When: 01/04/2016
Case Number, if known: 2:16-bk10015-BB

Fill in this information to identify the case:

Debtor name **ALTADENA LINCOLN CROSSING LLC**

United States Bankruptcy Court for the: **Central** District of **California**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Los Angeles County Tax Collector<br>500 W Temple St Room 225<br>Los Angeles, CA 90012 | | Taxes | | | | 66,311.61 |
| 2 | Francisco Hernandez<br>253 E Villa St Apt 1<br>Pasadena, CA 91101 | | Vendor services | | | | 19,021.60 |
| 3 | Camilo Hernandez<br>832 N Fair Oaks Ave<br>Pasadena, CA 91103 | | Vendor services | | | | 13,838.75 |
| 4 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | | Taxes | | | | 13,408.33 |
| 5 | Dorn Platz Management<br>210 S Orange Grove Blvd<br>Suite 200<br>Pasadena, CA 91105 | | Management services | | | | 9,207.40 |
| 6 | Barlow & Company<br>210 S Orange Grove Blvd<br>Pasadena, CA 91105 | | Professional services | | | | 6,000.00 |
| 7 | Farmers Insurance<br>PO Box 4665<br>Carol Stream, IL 60197-4665 | | Insurance | | | | 4,955.50 |
| 8 | Los Angeles County Department of Public Works<br>PO Box 1460<br>Alhambra, CA 91802 | | County fees | | | | 4,564.19 |

Debtor   **ALTADENA LINCOLN CROSSING LLC**   Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Athens Services<br>PO Box 60009<br>City of Industry, CA 91716 | | Vendor services | | | | 1,240.17 |
| 10 | Hedrick Fire Inspection<br>13309 Central Ave<br>Chino, CA 91710 | | Vendor services | | | | 1,050.00 |
| 11 | Kone Elevator<br>PO Box 429<br>Moline, CA 61266 | | Vendor services | | | | 590.28 |
| 12 | ATT<br>PO Box 5025<br>Carol Stream, IL 60197 | | Utilities | | | | 516.56 |
| 13 | Southern California Edison<br>PO Box 300<br>Rosemead, CA 91770 | | Utilities | | | | 503.94 |
| 14 | Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | | LLC fees | | | | 300.00 |
| 15 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197 | | LLC fees | | | | 299.00 |
| 16 | Western Exterminator<br>PO Box 16350<br>Reading, PA 19612 | | Vendor services | | | | 242.50 |
| 17 | PyroComm Systems<br>15531 Container Lane<br>Huntington Beach, CA 92649 | | Vendor services | | | | 135.00 |
| 18 | The Gas Company<br>PO Box C<br>Monterey Park, CA 91756 | | Utilities | | | | 107.03 |
| 19 | Schock & Schock, ALC<br>210 S. Orange Grove Blvd., Suite 200<br>Pasadena, CA 91105 | | Legal | | | | 139,430.25 |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Fill in this information to identify the case and this filing:

Debtor Name __ALTADENA LINCOLN CROSSING LLC__

United States Bankruptcy Court for the: _____ __Central__ District of __CA__
                                                                    (State)

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/4/2017__     X _____[signature]_____
         MM / DD / YYYY          Signature of Individual signing on behalf of debtor

                                GREG GALLETLY
                                Printed name

                                Manager of Altadena Dorn Platz, LLC; Manager of DPP Altadena, LLC; Manager
                                Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Athens Services
PO Box 60009
City of Industry, CA 91716


ATT
PO Box 5025
Carol Stream, IL 60197


Barlow & Company
210 S Orange Grove Blvd
Pasadena, CA 91105


Camilo Hernandez
832 N Fair Oaks Avenue
Pasadena, CA 91103


CT Corporation
PO Box 4349
Carol Stream, IL 60197


Division of Corporations
PO Box 898
Dover, DE 19903


Dorn Platz Management
210 S Orange Grove Blvd Suite 200
Pasadena, 91105


East West Bank
135 N Los Robles Avenue Suite 600
Pasadena, CA 91101

Farmers Insurance
PO Box 4665
Carol Stream, IL 60197-4665


Francisco Hernandez
253 E Villa Street Apt 1
Pasadena, CA 91101


Hedrick Fire Inspection
13309 Central Avenue
Chino, CA 91710


James A Tiemstra
Tiemstra Law Group PC
1111 Broadway Suite 1501
Oakland, CA 94607-4036


Kone Elevator
PO Box 429
Moline, CA 61266


Los Angeles County
Department of Public Works
PO Box 1460
Alhambra, CA 91802


Los Angeles County Tax Collector
500 W Temple Street Room 225
Los Angeles, CA 90012


PyroComm Systems
15531 Container Lane
Huntington Beach, CA 92649

Schock & Schock, ALC
John Schock
210 S Orange Grove Blvd Suite 200
Pasadena, CA 91105


Secretary of State
State of California
1500 11th Street
Sacramento, CA 95814


Southern California Edison
PO Box 300
Rosemead, CA 91770


State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029


The Gas Company
PO Box C
Monterey Park, CA 91756


Western Exterminator
PO Box 16350
Reading, PA 19612