1  KRALIK & JACOBS LLP
Lois Moonitz Jacobs (SBN 106537)
2  email: lois.jacobs@kralikjacobs.com
Anastasia E. Bessey (SBN 232289)
3  email:  anastasia.bessey@kralikjacobs.com
35 North Lake Avenue, Suite 620
4  Pasadena, CA 91101
Telephone: (626) 844-3505
5  Facsimile: (626) 844-7643

6  MILLER BARONDESS, LLP
Brian A. Procel (SBN 218657)
7  email: bprocel@millerbarondess.com
1999 Avenue of the Stars, Suite 1000
8  Los Angeles, CA 90067
Telephone: (310) 552-4400
9  Facsimile: (310) 552-8400

10  Attorneys for Secured Creditor East West Bank

11

12                    **UNITED STATES BANKRUPTCY COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14                        **LOS ANGELES DIVISION**

15

16  In re:                                  )  **Case No.:  2:17-bk-14276-BB**
                                            )  Chapter 11
17  Altadena Lincoln Crossing LLC,          )
                                            )  [Assigned to the Hon. Sheri Bluebond]
18                                          )
                                            )
19                              Debtor.     )  **SUPPLEMENTAL EVIDENTIARY**
                                            )  **OBJECTION OF SECURED**
20                                          )  **CREDITOR, EAST WEST BANK, TO**
                                            )  **DECLARATION OF GREG**
21                                          )  **GALLETLY FILED IN SUPPORT OF**
                                            )  **DEBTOR ALTADENA LINCOLN**
22                                          )  **CROSSING LLC'S OBJECTION TO**
                                            )  **PROOF OF CLAIM NO. 9**
23                                          )
                                            )  Date:       March 21, 2018
24                                          )  Time:       11:00 a.m.
                                            )  Courtroom:  1539
25                                          )  Place:      Edward R. Roybal
                                            )              Federal Building
26                                          )              255 E. Temple Street
                                            )              15th Floor
27                                          )              Los Angeles, CA 90012

28
374697.1                          **-1-**
          SUPPLEMENTAL EVIDENTIARY OBJECTION OF SECURED CREDITOR,
          EAST WEST BANK, TO DECLARATION OF GREG GALLETLY FILED
          IN SUPPORT OF DEBTOR ALTADENA LINCOLN CROSSING LLC'S
                    OBJECTION TO PROOF OF CLAIM NO. 9

1   Secured Creditor East West Bank ("East West Bank") hereby submits the following

2   supplemental evidentiary objection to the Declaration of Greg Galletly filed in support of

3   Debtor Altadena Lincoln Crossing LLC's Objection to Secured Creditor East West Bank's

4   Proof of Claim No. 9.

5   East West Bank objects to three paragraphs in the Galletly Declaration.  In his

6   declaration, Galletly states that the Debtor did not discuss default interest with East West Bank

7   before the loans closed:

8   10.   At the time the EWB and the Debtor entered into the Promissory Note in 2005,

9   there had been no discussions regarding the applicable default interest rate or

10  reasonable attempts to evaluate and value EWB's actual damages in the event of

11  a breach by the Debtor.

12  11.   In my discussions with EWB's representatives, we did not discuss the default

13  interest provision in the context of actual damages, nor the damages that EWB

14  anticipated it would sustain if the Debtor breached the Promissory Note or was

15  delayed in payment.

16  12.   In my discussions with EWB, we did not endeavor to evaluate or estimate the

17  range of actual damages that EWB would have suffered if the Debtor defaulted

18  under the Promissory Note.  We also did not determine or   evaluate whether

19  the default interest rate and late charges would compensate EWB for the harm it

20  anticipated would result from a breach at the time the Promissory Note was

21  executed.  There were no such discussions with the Bank regarding these issues

22  at any time.

23  (Galletly Decl., ¶¶ 10-12 [Doc. No. 273].)

24  Galletly lacks foundation to make any of the foregoing statements.  Galletly admits that

25  he does not remember any specific or general discussions with Robert Lo before the loan

26  closed, other than "discussing the status."  (Galletly Deposition Transcript, Volume 1, dated

27  February 2, 2018 ("Galletly Tr.") at 57:12-15, attached to the Declaration of Brian Procel

28

374697.1                                    -2-

**SUPPLEMENTAL EVIDENTIARY OBJECTION OF SECURED CREDITOR,
EAST WEST BANK, TO DECLARATION OF GREG GALLETLY FILED
IN SUPPORT OF DEBTOR ALTADENA LINCOLN CROSSING LLC'S
OBJECTION TO PROOF OF CLAIM NO. 9**

1  ("Procel Decl."), ¶ 6 & Exh. 40.)  Robert Lo was the East West Bank employee who was the

2  point of contact for the Debtor in 2005, when the parties negotiated the terms of the loan.

3  (Declaration of Robert Lo., ¶¶ 4-16.)

4       Moreover, Galletly testified that he did not handle the negotiations with East West Bank

5  in 2005.  (Galletly Tr. at 59:10-16 (Procel Decl., ¶ 6 & Ex. 40)).)  Those negotiations were

6  handled by Mark Knapp on behalf of the Debtor.  (*Id*. at 60:7-22.)  Galletly is unaware of any

7  discussions between Knapp and East West Bank prior to the time the loan closed.  (*Id*. at 60:7-

8  61:2.)

9       Based on the foregoing, Galletly does not remember what he discussed with East West

10  Bank during the relevant period.  And he apparently never knew what Knapp discussed with

11  East West Bank during the relevant period.  He cannot establish that default interest was never

12  discussed—Galletly lacks foundation to make this assertion.

13

14  DATED:  March 7, 2018         KRALIK & JACOBS LLP

15                       MILLER BARONDESS, LLP

16

17                   By:      /s/ Brian A. Procel

18                       BRIAN A. PROCEL
                     Attorney for Secured Creditor East West Bank

19

20

21

22

23

24

25

26

27

28

374697.1                **-3-**

**SUPPLEMENTAL EVIDENTIARY OBJECTION OF SECURED CREDITOR,
EAST WEST BANK, TO DECLARATION OF GREG GALLETLY FILED
IN SUPPORT OF DEBTOR ALTADENA LINCOLN CROSSING LLC'S
OBJECTION TO PROOF OF CLAIM NO. 9**