**KRALIK & JACOBS LLP**
Lois Moonitz Jacobs (SBN 106537)
email: lois.jacobs@kralikjacobs.com
Anastasia E. Bessey (SBN 232289)
email: anastasia.bessey@kralikjacobs.com
225 South Lake Avenue, Suite 300
Pasadena, CA 91101
Telephone: (626) 844-3505
Facsimile: (626) 304-9002

**LOEB & LOEB LLP**
Bernard R. Given II (SBN 134718)
email: bgiven@loeb.com
Bethany D. Simmons (*pro hac vice*)
email: bsimmons@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

Attorneys for Secured Creditor East West Bank

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Altadena Lincoln Crossing LLC,<br><br>Debtor. | Case No. 2:17-bk-14276-BB<br>Chapter 11<br><br>[Assigned to the Hon. Sheri Bluebond]<br><br>**EVIDENTIARY OBJECTIONS OF EAST WEST BANK TO DECLARATION OF ALICIA BARCLAY IN SUPPORT OF DEBTOR ALTADENA LINCOLN CROSSING LLC'S AMENDED DISCLOSURE STATEMENT DESCRIBING SEVENTH AMENDED PLAN OF REORGANIZATION DATED JULY 1, 2019 AND REQUEST TO STRIKE**<br><br>Date:  August 20, 2019<br>Time:  10:00 a.m.<br>Courtroom:  1539<br>Place:  Edward R. Roybal<br>      Federal Building<br>      255 E. Temple Street<br>      15th Floor<br>      Los Angeles, CA 90012 |

- 1 -
**EVIDENTIARY OBJECTIONS OF EAST WEST BANK TO DECLARATION OF ALICIA BARCLAY IN SUPPORT OF DEBTOR ALTADENA LINCOLN CROSSING LLC'S AMENDED DISCLOSURE STATEMENT DESCRIBING SEVENTH AMENDED PLAN OF REORGANIZATION DATED JULY 1, 2019 AND REQUEST TO STRIKE**

Secured Creditor EAST WEST BANK ("EWB") hereby submits the following evidentiary objections to the Declaration of Alicia Barclay ("Barclay Decl." [Doc. No. 901]) in Support of Debtor Altadena Lincoln Crossing LLC's Amended Disclosure Statement (the "7th Am. Disclosure Statement" [Doc. No. 900]) Describing Seventh Amended Plan of Reorganization dated July 1, 2019 (the "7th Am. Plan" [Doc. No. 902]):

| Objection No. | Page/Paragraph/ Line/Exhibit | Objectionable Testimony | Basis For Objection |
|---|---|---|---|
| 1 | Page 2, ¶ 6, lines 27-28 | ". . . which can be used as a reserve for payments due under its proposed plan, as necessary." | **Lack of Foundation/Personal Knowledge/Speculation (Fed. R. Evid. 601-602).** **Improper Opinion/Legal Conclusion (Fed. R. Evid. 401-403, 701-702).** The Declarant's conclusion that Debtor is permitted to use any cash it might have on hand as of the Plan's proposed Effective Date to make Plan payments at its discretion is an improper legal opinion. This testimony concerning the future availability of cash is also speculative. **Hearsay (Fed. R. Evid. 801 et seq.)** – To the extent the declarant is relying on out-of-court statements. |
| 2 | Page 3, ¶ 9 lines 9-11 (entire subparagraph) and **Exhibit F** to the Barclay Decl., described therein | "Attached as **Exhibit F** is a Liquidation Analysis that I provided information to compile, based on projected recoveries and estimated expenses if the Debtors' *[sic]* assets were to be immediately liquidated." **AND** | **Lack of Foundation/Personal Knowledge/Speculation (Fed. R. Evid. 601-602).** **Lack of Probative Value/Argumentative/ Irrelevant (Fed. R. Evid. 401-403).** **Improper Opinion (Fed. R. Evid. 701-702).** **Lack of Authentication (Fed.** |

- 2 -
**EVIDENTIARY OBJECTIONS OF EAST WEST BANK TO DECLARATION OF ALICIA BARCLAY IN SUPPORT OF DEBTOR ALTADENA LINCOLN CROSSING LLC'S AMENDED DISCLOSURE STATEMENT DESCRIBING SEVENTH AMENDED PLAN OF REORGANIZATION DATED JULY 1, 2019 AND REQUEST TO STRIKE**

| Objection No. | Page/Paragraph/ Line/Exhibit | Objectionable Testimony | Basis For Objection |
|---|---|---|---|
| | | **Exhibit F** to the Supp. Barclay Decl. | R. Evid. 901). According to her statement, the Declarant did not prepare **Exhibit F** but only provided information regarding "projected recoveries and estimated expenses" upon liquidation of Debtor's assets. There is no foundation or authentication established for **Exhibit F** as a whole or for any of the information contained therein. Among other things, the conclusions contained in **Exhibit F** are inconsistent with the appraisal report attached as **Exhibit A** to the Barclay Decl., and the Declarant does not testify as to her personal knowledge or establish that she is qualified to provide an expert opinion as to the Property's future value. The conclusions set forth in **Exhibit F** regarding the Property's value upon a future liquidation and the projected costs of sale are therefore speculative and **Exhibit F** should be stricken in its entirety. **Hearsay (Fed. R. Evid. 801 et seq.)** – To the extent the Declarant is relying on out-of-court statements. |
| 3 | Page 3, ¶ 12, lines 3:23-25 and **Exhibits G** and **H** to the Barclay Decl., described therein | "The Debtor's equity holders will fund all such tenant improvements, and the total projected for the plan term is reflected as Capital contributions on | **Lack of Foundation/Personal Knowledge/Speculation (Fed. R. Evid. 601-602).** **Lack of Probative Value/Argumentative/ Irrelevant (Fed. R. Evid. 401-** |

- 3 -
EVIDENTIARY OBJECTIONS OF EAST WEST BANK TO DECLARATION OF ALICIA BARCLAY IN SUPPORT OF DEBTOR ALTADENA LINCOLN CROSSING LLC'S AMENDED DISCLOSURE STATEMENT DESCRIBING SEVENTH AMENDED PLAN OF REORGANIZATION DATED JULY 1, 2019 AND REQUEST TO STRIKE

| Objection No. | Page/Paragraph/ Line/Exhibit | Objectionable Testimony | Basis For Objection |
|---|---|---|---|
| | | **Exhibits G** and **Exhibit H**." <br><br> AND <br><br> **Exhibits G** and **H** to the Barclay Decl. insofar as they reflect projected "capital contributions" to Debtor for tenant improvements. | 403). <br><br> There is no foundation whatsoever for the Declarant's statement that "Debtor's equity holders will fund all such tenant improvements." Among other things, although Ms. Barclay testifies to being an officer of San Fernando Red, LLC ("SFR"), a "remote equity holder" of Debtor, she conspicuously does not testify that SFR has agreed in writing or otherwise committed to fund any payment shortfalls under Debtor's Plan or that SFR has the ability to do so. Moreover, the Declarant has not established that she has any knowledge or any other foundation for her conclusion that any other "equity holder" can or "will" provide funds to Debtor for tenant improvements. The testimony is therefore speculative and lacks probative value. **Exhibits G and H** should be stricken. <br><br> **Hearsay (Fed. R. Evid. 801 et seq.)** – To the extent the Declarant is relying out-of-court statements. |

EWB reserves all of its rights to assert any other appropriate objections, to dispute the substance of Ms. Barclay's objectionable statements including any documents or exhibits referenced or relied on, and to cross-examine, impeach and rebut her testimony to the extent necessary.

Dated: August 6, 2019

**KRALIK & JACOBS LLP**
  Lois Moonitz Jacobs
  Anastasia E. Bessey

**LOEB & LOEB LLP**
  Bernard R. Given II
  Bethany D. Simmons

By  /s/ Bernard R. Given II
      Bernard R Given II
Attorneys for Secured Creditor East West Bank