TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason Rund,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>Altadena Lincoln Crossing LLC,<br><br>Debtor. | Case No. 2:17-bk-14276-BB<br><br>Chapter 11<br><br>[Assigned to the Hon. Sheri Bluebond]<br><br>**DECLARATION OF STEVEN S. CHANG IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO APPROVE AGREEMENT WITH SECURED CREDITOR EAST WEST BANK AND MOTION TO APPROVE STIPULATION GRANTING SECURED CREDITOR EAST WEST BANK RELIEF FROM STAY**<br><br>Date:       January 15, 2020<br>Time:       11:00 a.m.<br>Courtroom: 1539<br>Place:      Edward R. Roybal<br>            Federal Building<br>            255 E. Temple Street<br>            15th Floor<br>            Los Angeles, CA 90012 |

I, Steven S. Chang, declare:

1.      I am a Senior Vice President of East West Bank ("EWB" or the "the Bank"). I make this declaration at the request of Chapter 11 Trustee Jason Rund (the "Trustee") in support of the Trustee's Motion to Approve Agreement with EWB (the "Settlement Motion") and the

-1-

**DECLARATION OF STEVEN S. CHANG IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO APPROVE AGREEMENT WITH SECURED CREDITOR EAST WEST BANK AND MOTION TO APPROVE STIPULATION GRANTING SECURED CREDITOR EAST WEST BANK RELIEF FROM STAY**

Stipulation Granting Secured Creditor East West Bank Relief From Stay Pursuant To 11 U.S.C. § 362(d)(2) (the "RFS Stipulation"), filed concurrently herewith. The facts contained herein are within my personal knowledge, except those facts that I state on information and belief and, on that basis, I believe them to be true. If called as a witness, I could and would competently testify thereto.

2.      This declaration updates and supplements the "Real Property Declaration" (Doc. No. 853 at 6-16) and the "Supplemental Declaration of Steven S. Chang" (Doc. No. 855) filed in support of EWB's previous Motion for Relief from Stay, which are incorporated herein by reference, as are the accompanying exhibits thereto (see Doc. Nos. 853-1 through 853-4 and 855-1 through 855-3).

### *The First Loan*

3.      Based on the Bank's updated records, Debtor owes the following amounts to EWB on the First Loan. These amounts are calculated through December 19, 2019, except as otherwise noted:

| | |
|---|---:|
| Principal Balance | $13,528,556.85 |
| Pre-petition Interest | $262,961.32 |
| Pre-petition Default Rate Interest | $10,211,440.43 |
| Late Charges | $81,173.27 |
| Foreclosure Fees | $25,205.10 |
| Legal Fees (non-Claim Objection-related, as allowed, through June 30, 2018, plus an estimated $3,000,000 in additional fees and costs through September 30, 2019, as further explained in ¶ 5, below) | $4,079,185.41 |
| Exit Fee | $600,000.00 |
| Appraisal Fees | $29,612.50 |
| Title Fees | $650.00 |
| NSF Fees | $54.00 |

**DECLARATION OF STEVEN S. CHANG IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO APPROVE AGREEMENT WITH SECURED CREDITOR EAST WEST BANK AND MOTION TO APPROVE STIPULATION GRANTING SECURED CREDITOR EAST WEST BANK RELIEF FROM STAY**

| Total | $28,818,838.88 |
|---|---|

4. The amounts set forth above include post-petition appraisal fees of $10,312.50 and title fees of $350.00. No amounts of post-petition interest, at either the non-default or the default rates, have been included.

5. The Legal Fees shown above consist of:

   a. $1,079,185.41 in non-Claim Objection-related attorneys' fees and costs incurred through June 30, 2018, that the Court has already allowed; and

   b. $3 million in additional attorneys' fees and costs, which is an estimate of EWB's further attorneys' fees and costs incurred in connection with Claim Objection proceedings, as well as non-Claim Objection proceedings from July 1, 2018 through September 30, 2019. Legal fees and costs actually incurred by EWB may exceed this estimate and are continuing to accrue, and this estimate is provided for purposes of the Settlement Motion and the RFS Stipulation and related motion for approval only.

6. In addition to attorneys' fees and related costs, EWB has and may continue to incur additional fees and costs related to the First Loan.

### *The Second Loan*

7. Based on the Bank's records, there is no change in the amount owed to EWB on the Second Loan, which is $126,497.22.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of December, 2019, at Pasadena, California.

_____
Steven S. Chang

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF STEVEN S. CHANG IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO APPROVE AGREEMENT WITH SECURED CREDITOR EAST WEST BANK AND MOTION TO APPROVE STIPULATION GRANTING SECURED CREDITOR EAST WEST BANK RELIEF FROM STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 20, 2019**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED NEF SERVICE LIST.**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 20, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond  
USBC – Central District of CA  
255 E. Temple St  
Suite 1534 / Ctrm 1539  
Los Angeles, CA 90012  

Debtor  
Altadena Lincoln Crossing LLC, a Delaware limited liability company  
210 S Orange Grove Blvd  
Pasadena, CA 91105  

[SEE ATTACHED MAIL SERVICE LIST CONT'D]   ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 20, 2019 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Daniel I Barness    daniel@barnesslaw.com
- Anastasia E Bessey    anastasia.bessey@kralikjacobs.com, lois.jacobs@kralikjacobs.com,rina.ross@kralikjacobs.com,aeblaw@gmail.com
- Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com;cindy.renteria@dinsmore.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Bernard R Given    bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com
- Lois M Jacobs    lois.jacobs@kralikjacobs.com, anastasia.bessey@kralikjacobs.com,rina.ross@kralikjacobs.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Lisa Lenherr    ll@tiemlaw.com, bankruptcy@wendel.com
- Brian A Procel    bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Uzzi O Raanan    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
- John P Schock    schockandschock@yahoo.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Timothy J Yoo    tjy@lnbyb.com

2. **SERVED BY UNITED STATES MAIL**:

Attorneys for Creditor Bank of America NA
Peter P. Salomone
Hines & Thomas
21600 Oxnard Street, Suite 2060
Woodland Hills, CA 91367

Scheduled Creditor
RJJ Properties
210 S. Orange Grove Blvd.
Pasadena, CA 91105

Scheduled Creditor
JFP-Pasadena
210 S. Orange Grove Blvd.
Pasadena, CA 91105

Attorney for Scheduled Creditor Donald J. Barlow, Trustee of the D&S Barlow Living Trust
Mark M. Sharf
Merritt, Hagen & Sharf, LLP
6080 Center Drive, Suite 600
Los Angeles, CA 90045-1540

Creditor of Record

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Rankin Villa, LLC<br>c/o John P. Schock, Agent<br>800 W. Doran Street<br>Glendale, CA 91203 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Los Angeles County Department of Public Works<br>PO Box 1460<br>Alhambra, CA 91802 |
| Creditor of Record<br>Golden State Fire Protection, Inc.<br>c/o Walter R. Sarratt, Agent<br>15535 Arrow Route, Suite A<br>Fontana, CA 92335 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Athens Services<br>PO Box 60009<br>City of Industry, CA 91716 |
| Creditor of Record<br>Versatile Coatings, Inc.<br>c/o Timothy Aires, Agent<br>6 Hughes # 205<br>Irvine, CA 92618 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Hedrick Fire Inspection<br>13309 Central Ave.<br>Chino, CA 91710 |
| Creditor of Record<br>ALR Construction Co., Inc.<br>c/o Allen Rossi, Agent<br>2205 Lee Ave.<br>South El Monte, CA 91733-2509 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Kone Elevator<br>PO Box 429<br>Moline, CA 61266 |
| Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Francisco Hernandez<br>253 E. Villa St., Apt. 1<br>Pasadena, CA 91101 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>ATT<br>PO Box 5025<br>Carol Stream, IL 60197 |
| Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Camilo Hernandez<br>832 N. Fair Oaks Ave.<br>Pasadena, CA 91103 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Southern California Edison<br>PO Box 300<br>Rosemead, CA 91770 |
| Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Division of Corporations<br>PO Box 898<br>Dover, DE 19903 |
| Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Barlow & Company<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197 |
| Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Farmers Insurance<br>PO Box 4665<br>Carol Stream, IL 60197-4665 | Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)<br>Western Exterminator<br>PO Box 16350<br>Reading, PA 19612 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)
PyroComm Systems
15531 Container Lane
Huntington Beach, CA 92649

Creditor Listed on Debtor's Official Form 204 (Doc. No. 1)
The Gas Company
PO Box C
Monterey Park, CA 91756

**[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing         Altadena Lincoln Crossing LLC          B&V Enterprises, inc. dba SK Market
0973-2                                  210 S Orange Grove Blvd
Case 2:17-bk-14276-BB                   Pasadena, CA 91105-1705
Central District of California
Los Angeles
Fri Dec 20 15:00:22 PST 2019

BGM Pasadena, LLC                       Dorn Platz Management, Inc.            Hahn Fife  & Company LLP
210 S. Orange Grove Blvd.               210 S. Orange Grove Blvd.              790 East Colorado Blvd 9th Floor
Pasadena, CA 91105-1705                 Pasadena, CA 91105-1705                Pasadena, CA 91101-2193


(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Levene, Neale, Bender, Yoo & Brill L.L.P.   Salvato Law Offices
ATTN BANKRUPTCY UNIT                            10250 Constellation Blvd.                   355 So. Grand Avenue
PO BOX 54110                                    Suite 1700                                  Suite 2450
LOS ANGELES CA 90054-0110                       Los Angeles, CA 90067-6253                  Los Angles, CA 90071-9500


San Fernando Red, LLC                   Schock & Schock, alc                   The George Garikian Family Trust
800 West Doran Street                   210 S. Orange Grove Bl Ste 200         c/o Barness & Barness LLP
Glendale, CA 91203-1519                 Pasadena, CA 91105-1705                11377 W. Olympic Blvd., 2nd Floor
                                                                               Los Angeles, CA 90064-1683


Tiemstra Law Group, PC                  Los Angeles Division                   24 Hour Fitness
1111 Broadway                           255 East Temple Street,                12647 Alcosta Blvd Suite 500
Suite 1501                              Los Angeles CA 90012-3332              San Ramon, CA 94583-4436
Oakland, Ca 94607-4173


AT&T                                    ATT                                    Altadena Dorn-Platz LLC
PO Box 598016                           PO Box 5025                            210 S Orange Grove Blvd
Orlando, FL 32859-8016                  Carol Stream, IL 60197-5025            Pasadena, CA 91105-1705


Amber Podratz                           Athens Services                        BGM Arcadia LLC
2220 N Lincoln Ave Unit G               PO Box 60009                           210 S Orange Grove Blvd
Altadena, CA 91001-5422                 City of Industry, CA 91716-0009        Pasadena, CA 91105-1705


Bank of America                         Bank of America NA                     Barlow & Company
PO Box 30120                            Peter P Salomone Esq                   210 S Orange Grove Blvd
Charlotte, NC 28230-0120                Hines & Thomas                         Pasadena, CA 91105-1705
                                        21600 Oxnard Street Suite 2060
                                        Woodland Hills CA 91367-4905


Brittany Layton                         Bromley, LLC                           CT Corporation
2220 N Lincoln Ave Unit C               1899 Carla Ridge                       PO Box 4349
Altadena, CA 91001-5422                 Beverly Hills, CA 90210-1936           Carol Stream, IL 60197-4349


Camilo Hernandez                        City of Pasadena                       City of Pasadena
832 N Fair Oaks Avenue                  Javan N Rad                            PO Box 7120
Pasadena, CA 91103-3046                 100 N Garfield Ave Rm N210             Pasadena, CA 91109-7220
                                        Pasadena CA 91101-1726
```

| | | |
|---|---|---|
| DPP Altadena LLC<br>210 S Orange Grove Blvd<br>Pasadena, CA 91105-1705 | Darin Rios<br>2220 N Lincoln Ave Unit A<br>Altadena, C 91001-5422 | Delaware Secretary of State<br>Division of Corporations<br>PO Box 5509<br>Binghamton, NY 13902-5509 |
| Division of Corporations<br>PO Box 898<br>Dover, DE 19903-0898 | Dorn Platz Management<br>210 S Orange Grove Blvd Suite 200<br>Pasadena 91105-1705 | Dorn Platz Management, Inc.<br>210 South Orange Grove Blvd.<br>Pasadena, California 91105-1705 |
| East West Bank<br>135 N Los Robles Avenue Suite 600<br>Pasadena, CA 91101-4549 | Eileen Y Chang<br>2212 N Lincoln Ave<br>Altadena, CA 91001-5458 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Farmers Insurance<br>PO Box 4665<br>Carol Stream, IL 60197-4665 | Francisco Hernandez<br>253 E Villa Street Apt 1<br>Pasadena, CA 91101-1080 | George Garikian<br>1211 Cortez Drive<br>Glendale, CA 91207-1809 |
| Hedrick Fire Inspection<br>13309 Central Avenue<br>Chino, CA 91710-5102 | Hines & Thomas Attorneys at Law<br>99 South Lake Ave Suite 501<br>Pasadena, CA 91101-4702 | INC Wireless LLC<br>2216 Lincoln Ave<br>Altadena, CA 91001-5458 |
| Ilya Polyakov<br>2220 N Lincoln Ave Unit B<br>Altadena, CA 91001-5422 | James A Tiemstra<br>Tiemstra Law Group PC<br>1111 Broadway Suite 1501<br>Oakland, CA 94607-4173 | Kone Elevator<br>PO Box 429<br>Moline, CA 61266-0429 |
| Kone Elevators Escalators<br>1525 Third Street Suite D<br>Riverside, CA 92507-3429 | Kylee Kennedy<br>2220 N Lincoln Ave Unit D<br>Altadena, CA 91001-5422 | Lois Jacobs<br>Kralik & Jacobs<br>35 N Lake Ave<br>Pasadena, CA 91101-4110 |
| Los Angeles County<br>Department of Public Works<br>PO Box 1460<br>Alhambra, CA 91802-2460 | Ludovic & Stephanie Jolivet<br>2220 N Lincoln Ave Unit H<br>Altadena, CA 91001-5422 | Michael A Taitelman<br>Steven B Stiglitz<br>Freedman & Taitelman LLP<br>1901 Avenue of the Stars Suite 50<br>Los Angeles, CA 90067-6001 |
| Opics Real Estate Investments & B<br>12121 Wilshire Blvd Suite 555<br>Los Angeles, CA 90025-1168 | Pacific Bell Telephone Company<br>%AT&T Services, Inc<br>Karen A Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Peter J Mastan<br>Trustee of the Bankruptcy Estate<br>of BGM Pasadena LLC<br>Peter J Mastan C/O Christopher Celentino<br>655 W Broadway Ste 800<br>San Diego, CA 92101-8482 |
| PyroComm Systems<br>15531 Container Lane<br>Huntington Beach, CA 92649-1530 | RJJ Properties, JFP-Altadena<br>Donald G Barlow Trustee of<br>The D&S Living Trust<br>210 S Orange Grove Blvd<br>Pasadena, CA 91105-1705 | Samantha Galletly<br>2220 N Lincoln Ave Unit F<br>Altadena, CA 91001-5422 |

| | | |
|---|---|---|
| San Fernando Red LLC<br>210 S Orange Grove Blvd<br>Pasadena, CA 91105-1705 | Schock & Schock, ALC<br>John Schock<br>800 W Doran St<br>Glendale, CA 91203-1519 | Secretary of State<br>State of California<br>1500 11th Street<br>Sacramento, CA 95814-5701 |
| Southern California Edison<br>PO Box 300<br>Rosemead, CA 91770-0300 | Southern California Gas Company<br>PO Box 30337<br>Los Angeles CA 90030-0337 | State Board of Equalization<br>Account Information Group MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 |
| (c)SUBWAY REAL ESTATE CORP<br>325 SUB WAY<br>MILFORD CT  06461-3081 | The Gas Company<br>PO Box C<br>Monterey Park, CA 91754-0932 | United States Trustee (LA)<br>~~915 Wilshire Blvd Suite 1850~~<br>~~Los Angeles CA 90017-3560~~ |
| Vanessa Peltier<br>2220 N Lincoln Ave Unit E<br>Altadena, CA 91001-5422 | West Altadena Development Corp<br>2200 Powell Street Suite 530<br>Emeryville, CA 94608-1876 | Western Exterminator<br>PO Box 16350<br>Reading, PA 19612-6350 |
| Western Exterminator Company<br>9961 Baldwin Place<br>El Monte, CA 91731-2203 | Gregory M Salvato<br>Salvato Law Offices<br>777 South Figueroa Street<br>Suite 2800<br>Los Angeles, CA 90017-5826 | Jason M Rund (TR)<br>~~Sheridan C Rund~~<br>~~840 Apollo Street Suite 351~~<br>~~El Segundo CA 90245-4621~~ |
| Lisa Lenherr<br>Tiemstra Law Group, PC<br>1111 Broadway Ste 1501<br>Oakland, Ca 94607-4173 | Peter J Mastan<br>c/o Dinsmore & Shohl LLP<br>655 W. Broadway<br>Suite 800<br>San Diego, CA 92101-8482 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | (d)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Subway Real Estate Corp
325 Bic Drive
Milford, CT 06460-3059

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America NA | (u)Bromley, LLC | (u)COLDWELL BANKER |
| (u)Courtesy NEF | (u)EAST WEST BANK | (u)Justin P. Karczag and Encore Law Group LLP |
| (u)Matthews Real Estate Investment Services | (u)OPICS Real Estate Investments & Brokerage, | (d)BGM Pasadena LLC<br>210 S Orange Grove Blvd<br>Pasadena, CA 91105-1705 |
| (u)Michael Popwell | (u)Thomas A. Tarter | (u)Valeo Schultz, MAI |

**End of Label Matrix**
**Mailable recipients**     76
**Bypassed recipients**     12
**Total**                   88